IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYSHORE AMBULANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 12-01387 WHA<br><br>**ORDER TO SHOW CAUSE** |

Respondent Bayshore Ambulance Co. is ordered to show cause why it failed to file a response to the application for enforcement of subpoena by **NOON ON APRIL 11**.

**IT IS SO ORDERED.**

Dated: April 9, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE