IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No. C 12-01387 WHA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| BAYSHORE AMBULANCE COMPANY, | |
| Defendant. | |

Respondent Bayshore Ambulance Co. is ordered to show cause why it failed to file a response to the application for enforcement of subpoena by **NOON ON APRIL 11**.

**IT IS SO ORDERED.**

Dated: April 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE